IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02037-AP

STEPHANE GUYOMARD,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Rick P. Sauer, Esq.
        700 Macon Avenue
        Canon City, CO 81212
        (719) 275-7591 (telephone)
        (719) 275-6165 (facsimile number)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-1570
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

  The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

  A.     Date Complaint Was Filed: <u>October 17, 2005.</u>
  B.     Date Complaint Was Served on U.S. Attorney's Office: <u>December 21, 2005.</u>
  C.     Date Answer and Administrative Record Were Filed: <u>January 23, 2005.</u>

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

  <u>**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**</u>
  <u>**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

  <u>**Plaintiff will not submit additional evidence.**</u>
  <u>**Defendant will not submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

  <u>**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**</u>
  <u>**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>

**7. OTHER MATTERS**

  <u>**Plaintiff has no other matters to bring to the attention of the court.**</u>
  <u>**Defendant has no other matters to bring to the attention of the court.**</u>

**8. PROPOSED BRIEFING SCHEDULE**

  A.     Plaintiff's Opening Brief Due:        <u>MARCH 15, 2006.</u>
  B.     Defendant's Response Brief Due:   <u>APRIL 14, 2006.</u>
  C.     Plaintiff's Reply Brief (If Any) Due: <u>MAY 1, 2006.</u>

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.*

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this **21st day of February, 2006.**

                            BY THE COURT:

                            S/John L. Kane
                            U.S. DISTRICT COURT JUDGE

**APPROVED:**

    **For Plaintiff:**

    **s/Rick P. Sauer        Date: 02/14/06**
    Rick P. Sauer, Esq.
    700 Macon Avenue
    Canon City, CO 81212
    (719) 275-7591 (telephone)
    (719) 275-6165 (facsimile number)
    ricksauer@msn.com

    **For Defendant:**

    WILLIAM J. LEONE
    United States Attorney
    KURT BOHN
    Assistant United States Attorney

    **s/Debra J. Meachum   Date: 02/14/05**
By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    d_meachum@hotmal.com