IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-CV-2037-AP**

**STEPHANE P. GUYOMARD,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## **ORDER**

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #12), filed April 20, 2006. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

**FURTHER ORDERED** that this case be assigned to a different Administrative Law Judge for the additional proceedings.

Dated:  April 25, 2006

                                          BY THE COURT:

                                          S/**John L. Kane**
                                          SENIOR JUDGE,
                                          UNITED STATES DISTRICT COURT