IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2037-AP**

**STEPHANE P. GUYOMARD,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

---

### ORDER

---

Kane, J.

Upon consideration of Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #18), filed May 11, 2006, and Defendant's Notice of Intent Not to Object (doc. #21), filed May 25, 2006, it is

**ORDERED** that the Motion is **GRANTED.** Defendant shall pay to Plaintiff attorney fees in the amount of **$4,400.00**.

Dated at Denver, Colorado, this 26th day of May, 2006.

      BY THE COURT:

      **S/John L. Kane**
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT